July-15-15

#1960654

Brandon B. Bright

Coffield unit

2611 Frm. 2054

Tennessee Coloy 75884

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUL 2 0 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

To 12th Appeal

Mrs. Brandon B. Bright
will Be Return Back To TDJC
in coffield unit on July-16-15
Thank you Ruthie Bright 903-5929782

Please Sent all mail To
About Address- FOR. Brandon B. Bright